IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES MOORE,<br><br>   Plaintiff,<br>v.<br><br>PEMBROOKE TOWNHOMES<br>HOMEOWNERS ASSOCIATION<br>MANAGEMENT, INC. and PHILLIP<br>MARTIN,<br><br>   Defendants. | Civil Action No.<br><br>1:13cv003618-WSD<br><br>JURY TRIAL DEMANDED |

## [~~PROPOSED~~] ORDER APPROVING SETTLEMENT AGREEMENTS

The above-styled case is presently before the Court on the Parties' Joint Motion for Review and Approval of the Plaintiff's Settlement and General Release and For Dismissal with Prejudice. The Parties have requested that the Court review and approve the "Confidential Settlement Agreement and General Release" for Plaintiff Charles Moore because the Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Settlement Agreement, and finds that it is a fair and reasonable resolution of the dispute. Accordingly, the Parties' Joint Motion is **GRANTED**, and Plaintiff's Settlement and General Release Agreement is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter until the terms set forth in the Settlement Agreement have been complied with.

IT IS SO ORDERED, this the 13th day of January, 2014.

_____
Honorable William S. Duffey, Jr.
United States District Court